# EXHIBIT A

**From:** Peter B. Johnson
**Sent:** Thursday, February 19 2015 12:18:17 AM
**To:** Gary O'Connor;Thomas F. Reich
**Subject:** Re: Borrowing Base

Is there a bunch of inventory not included due to age or location?

---

**From:** Gary O'Connor <gary.oconnor@transmargroup.com>
**Date:** Wednesday, February 18, 2015 at 6:54 PM
**To:** Peter Johnson <Peter.B.Johnson@TransmarGroup.com>
**Cc:** Thomas Reich <thomas.reich@transmargroup.com>
**Subject:** Re: Borrowing Base

Pete,

Attached is the most recent copy of this week's borrowing base. Also attached is last week's borrowing base. On the inventory tab of last week's borrowing base is inventory that has already been sold or partially sold that we will probably have to add back to our inventory because our deficit is so large. Our forward profit is maxed out, so the only areas where we have wiggle room are accounts receivables and inventory. Our borrowings as of last Friday were 310MM, but we borrowed 7MM this week, so we need to come up with a lot of collateral to reach a comfortable excess.

Let us know your thoughts. Thanks.

Gary

CONFIDENTIAL

TCG002416899
SDNY-DB_002170555