EXHIBIT F

| | |
|---|---|
| **From:** | Gary O'Connor |
| **Sent:** | Tuesday, March 01 2016 11:00:09 PM |
| **To:** | Peter B. Johnson,Thomas F. Reich |
| **Subject:** | RE: BB |
| **Attachments:** | BB FINAL.XLSX, BB Exhibit A 02.25.16.pdf |

Here is the Feb 26 BB as submitted to ABN. I will send the draft Feb 26 BB in a few minutes, before any changes were made to it.

CONFIDENTIAL

TCG001958799
SDNY-DB_001533365

**TRANSMAR COMMODITY GROUP LTD.**
**BORROWING BASE REPORT**
*Date*    February 22, 2016

| Collateral Type | Gross Value | Advance Rate | Net Borrowing Base Value | Limit (NET) | Net Borrowing Base with Limits | |
|---|---|---|---|---|---|---|
| **Tranche A** | | | | | Borrowing Base A | |
| 1. Eligible Cash and Cash Equivalents | $ 4,135,563 | 100% | $ 4,135,563 | | $ 4,135,563 | |
| 2. Eligible Net Liquidity in Brokerage Accounts - Lender | $ 326,492 | 95% | $ 310,168 | | $ 310,168 | |
| 3. Eligible Net Liquidity in Brokerage Accounts - Non Lender | $ 7,079 | 90% | $ 6,371 | | $ 6,371 | |
| 4. Eligible Tier 1 Accounts Receivable | $ 11,899,125 | 90% | $ 10,709,212 | | $ 10,709,212 | |
| 5. Eligible Tier 2 Accounts Receivable | $ 60,287,613 | 85% | $ 51,244,471 | | $ 51,244,471 | |
| 6. Eligible Unbilled Accounts Receivable | $ - | 85% | $ - | | $ - | |
| 7. Eligible Tier 3 Accounts Receivable | $ 3,308,662 | 75% | $ 2,481,497 | $ 15,000,000 | $ 2,481,497 | *$1,000,000 per Counterparty* |
| 8. Eligible Affiliates Accounts Receivable | $ - | 80% | $ - | | $ - | *CAP 15% of TNW, incl. Sub-debt |
| 9. Eligible Certified Inventory | | 90% | $ - | | $ - | |
| 10. Eligible Presold Inventory | $ 270,909,274 | 85% | $ 230,272,883 | | $ 230,272,883.05 | *2 years capped from date of latest certification |
| 11. Eligible Unsold Inventory | $ - | 80% | $ - | | $ - | |
| 12. Eligible Latvia/Estronia Inventory | $ 12,494,036 | 80% | $ 9,995,229 | | $ 9,995,228.80 | *CAP 15% of TNW, incl. Sub-debt |
| | | | | | | *9 month cap on Inventory from the date first stored |
| 13. Eligible Documentary Letter of Credit | $ - | 85% | $ - | | | |
| 14. Eligible Net Unrealized Forward Gains (0-12 Months) | $ 172,713,891 | 80% | $ 137,564,312.40 | $ 80,000,000 | $ 80,000,000 | The lesser of 20% of the total BB (Tranche A and B) or Facility Amount or Net Borrowing Base Value |
| 15. Eligible Net Unrealized Forward Gains (12-18 Months) | $ - | 75% | $ - | | $ - | |
| 16. Eligible Net Unrealized Forward Gains (18-24 Months) | $ - | 70% | $ - | | $ - | |
| *Less:* | | | | | | |
| 17. Aggregate Net Unrealized Forward Loss | $ 606,800 | 100% | $ 606,800 | | $ 606,800 | |
| 18. Close-out Amounts (Swaps) | $ - | 100% | $ - | | | |
| | | | | | Total Borrowing Base A | |
| | | | | | $ 388,548,593 | |
| **Tranche B** | | | | | Borrowing Base B | |
| 19. Eligible Prepayments to Suppliers | $ 10,220,000 | 70% | $ 7,154,000 | $ 20,000,000 | $ 7,154,000 | |
| 20. Eligible Origin Foreign Inventory | $ - | 70% | $ - | $ 20,000,000 | $ - | *Capped at $5mln for inventory held for 90-270 days |
| | | | | | Total Borrowing Base B | |
| | | | | | $ 7,154,000 | |
| | | | | | Total A+B | |
| **Total Borrowing Base Collateral** | $ 546,908,534 | | $ 453,266,905 | $ 400,000,000 | $ 395,702,593 | |

| | | | | |
|---|---|---|---|---|
| 110% Rule (sum of BB A+B / current outstanding credit extensions) applicable above utilization of $360mln | 115% | | | |
| Additional net collateral required for utilization above $360mln | In Compliance | | | |

| | | | | |
|---|---|---|---|---|
| Total Borrowing Base Collateral after 10% Excess Availability | $ 546,908,534 | | | |
| **EXPOSURE** | | | | **Availability under Tranche A** |
| **Outstanding's Tranche A** | | $ 345,000,000 | $ 360,000,000 | $ 15,000,000 |
| L/C | | $ - | $ 50,000,000 | |
| LOI | | $ - | $ 5,000,000 | |
| Loan | | $ 330,000,000 | | |
| Swing | | $ 15,000,000 | $ 50,000,000 | **Availability under Tranche B** |
| **Outstanding's Tranche B** | | $ - | | $ 7,154,000 |
| Loan | | $ - | $ 30,000,000 | |
| Swing | | $ - | | |
| **Total Outstanding** | | $ 345,000,000 | | |
| | | | | |
| **BORROWING AVAILABILITY** | | $ 15,000,000 | | |

| | |
|---|---|
| **From:** | Gary O'Connor |
| **Sent:** | Tuesday, March 01 2016 11:17:19 PM |
| **To:** | Peter B. Johnson |
| **Cc:** | Thomas F. Reich |
| **Subject:** | BB 2.26.16 Draft.xlsx |
| **Attachments:** | BB 2.26.16 Draft.xlsx |

First draft of ABN 2.26.16 BB attached.

**TRANSMAR COMMODITY GROUP LTD.**
**BORROWING BASE REPORT**
*Date*                                                                 February 22, 2016

| Collateral Type | Gross Value | Advance Rate | Net Borrowing Base Value | Limit (NET) | Net Borrowing Base with Limits | |
|---|---|---|---|---|---|---|
| **Tranche A** | | | | | Borrowing Base A | |
| 1. Eligible Cash and Cash Equivalents | $ 4,135,563 | 100% | $ 4,135,563 | | $ 4,135,563 | |
| 2. Eligible Net Liquidity in Brokerage Accounts - Lender | $ 326,492 | 95% | $ 310,168 | | $ 310,168 | |
| 3. Eligible Net Liquidity in Brokerage Accounts - Non Lender | $ 7,079 | 90% | $ 6,371 | | $ 6,371 | |
| 4. Eligible Tier 1 Accounts Receivable | $ 11,899,125 | 90% | $ 10,709,212 | | $ 10,709,212 | |
| 5. Eligible Tier 2 Accounts Receivable | $ 40,534,057 | 85% | $ 34,453,949 | | $ 34,453,949 | |
| 6. Eligible Unbilled Accounts Receivable | $ - | 85% | $ - | | $ - | |
| 7. Eligible Tier 3 Accounts Receivable | $ 3,308,662 | 75% | $ 2,481,497 | $ 15,000,000 | $ 2,481,497 | *$1,000,000 per Counterparty* |
| 8. Eligible Affiliates Accounts Receivable | $ - | 80% | $ - | | $ - | *CAP 15% of TNW, incl. Sub-debt |
| 9. Eligible Certified Inventory | | 90% | $ - | | $ - | |
| 10. Eligible Presold Inventory | $ 97,791,542 | 85% | $ 83,122,811 | | $ 83,122,810.70 | *2 years capped from date of latest certification |
| 11. Eligible Unsold Inventory | $ - | 80% | $ - | | $ - | |
| 12. Eligible Latvia/Estronia Inventory | $ 12,494,036 | 80% | $ 9,995,229 | | $ 9,995,228.80 | *CAP 15% of TNW, incl. Sub-debt |
| | | | | | | *9 month cap on Inventory from the date first stored |
| 13. Eligible Documentary Letter of Credit | $ - | 85% | $ - | | | |
| 14. Eligible Net Unrealized Forward Gains (0-12 Months) | $ 172,713,891 | 80% | $ 137,564,312.40 | $ 80,000,000 | $ 57,865,262 | The lesser of 20% of the total BB (Tranche A and B) or Facility Amount or Net Borrowing Base Value |
| 15. Eligible Net Unrealized Forward Gains (12-18 Months) | $ - | 75% | $ - | | $ - | |
| 16. Eligible Net Unrealized Forward Gains (18-24 Months) | $ - | 70% | $ - | | $ - | |
| *Less:* | | | | | | |
| 17. Aggregate Net Unrealized Forward Loss | $ 606,800 | 100% | $ 606,800 | | $ 606,800 | |
| 18. Close-out Amounts (Swaps) | $ - | 100% | $ - | | | |
| | | | | | Total Borrowing Base A | |
| | | | | | $ 202,473,261 | |
| **Tranche B** | | | | | Borrowing Base B | |
| 19. Eligible Prepayments to Suppliers | $ 10,220,000 | 70% | $ 7,154,000 | $ 20,000,000 | $ 7,154,000 | |
| 20. Eligible Origin Foreign Inventory | $ - | 70% | $ - | $ 20,000,000 | $ - | *Capped at $5mln for inventory held for 90-270 days |
| | | | | | Total Borrowing Base B | |
| | | | | | $ 7,154,000 | |
| | | | | | Total A+B | |
| **Total Borrowing Base Collateral** | $ 354,037,247 | | $ 289,326,311 | $ 400,000,000 | $ 209,627,261 | |
| 110% Rule (sum of BB A+B / current outstanding credit extensions) | 61% | | | | | |
| applicable above utilization of $360mln | | | | | | |
| Additional net collateral required for utilization above $360mln | In Compliance | | | | | |
| **Total Borrowing Base Collateral after 10% Excess Availability** | $ 354,037,247 | | | | | |
| **EXPOSURE** | | | | | **Availability under Tranche A** | |
| **Outstanding's Tranche A** | | | $ 345,000,000 | $ 360,000,000 | $ (142,526,739) | |
| L/C | | | $ - | $ 50,000,000 | | |
| LOI | | | $ - | $ 5,000,000 | | |
| Loan | | | $ 330,000,000 | | | |
| Swing | | | $ 15,000,000 | $ 50,000,000 | **Availability under Tranche B** | |
| **Outstanding's Tranche B** | | | $ - | | $ 7,154,000 | |
| Loan | | | $ - | $ 30,000,000 | | |
| Swing | | | $ - | | | |
| **Total Outstanding** | | | $ 345,000,000 | | | |
| **BORROWING AVAILABILITY** | | | $ 15,000,000 | | | |