EXHIBIT O

**From:** Thomas F. Reich
**Sent:** Thursday, November 26 2015 2:17:47 PM
**To:** Peter B. Johnson
**Cc:** Gary O'Connor
**Subject:** Re: AW: Euromar sales of products to intermediaries to reduce balances before end-December

Ok.

Sent from my iPhone

On Nov 25, 2015, at 10:00 PM, Peter B. Johnson <peter.b.johnson@transmargroup.com> wrote:

> Via intermediaries is better. Get it going please.
>
> Peter B. Johnson
> Transmar Group
>
> On Nov 25, 2015, at 13:42, Thomas F. Reich <thomas.reich@transmargroup.com> wrote:
>
>> Hi Pete - been in my hotel room on the phone for the past two hours with Miles technology to fix my laptop and no good, it's fried.
>>
>> I thought Euromar was going to send this inventory to us via intermediaries, but yes this is good to sell directly to Tmar as inventory. Will get the contracts going.
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** "Thomas F. Reich" <thomas.reich@transmargroup.com>
>>> **Date:** November 24, 2015 at 10:21:42 AM EST
>>> **To:** Gary O'Connor <gary.oconnor@transmargroup.com>
>>> **Cc:** Christian Seelmäcker <christian.seelmaecker@transmargroup.com>, Stephania Navarro <Stephania.Navarro@transmargroup.com>
>>> **Subject: Fwd: AW: Euromar sales of products to intermediaries to reduce balances before end-December**
>>>
>>> Hi Gary - Euromar will sell these products to our intermediaries to pay down AR balances. We buy from intermediaries and sell back to Euromar. I am thinking,
>>>
>>> Beans to Trilini
>>> Liquor to Pat Burke
>>> Butter ???

CONFIDENTIAL

TCG002041893
SDNY-DB_001616459

Cake - Great Britain & China - Touton
Cake - Nigeria - HCCO Germany

Sent from my iPhone

Begin forwarded message:

**From:** Christian Seelmäcker <christian.seelmaecker@transmargroup.com>
**Date:** November 24, 2015 at 8:02:14 AM EST
**To:** "Thomas F. Reich" <thomas.reich@transmargroup.com>
**Cc:** Fabian Pawlowicz <Fabian.Pawlowicz@transmargroup.com>, Maik Jellen <Maik.Jellen@transmargroup.com>, Petra Apelt <Petra.Apelt@transmargroup.com>
**Subject: AW: Euromar sales of products to intermediaries to reduce balances before end-December**

Dear Tom,

please see below overview of beans and products that we can sell.

| Beans | quantitiy | | price per MT | | total | |
|---|---|---|---|---|---|---|
| Uganda | 520,453 | MT | 3492 | USD | $ | 1.817.421,88 |
| Guinea | 457,39 | MT | 3492 | USD | $ | 1.597.205,88 |
| Don Rep | 201,024 | MT | 3492 | USD | $ | 701.975,81 |
| **Cake** | | | | | | |
| Great Britain | 1.849,202 | MT | 2443 | USD | $ | 4.517.600,49 |
| China | 1000 | MT | 2443 | USD | $ | 2.443.000,00 |
| Nigeria | 2.894,69 | MT | 2443 | USD | $ | 7.071.727,67 |
| **Butter** | | | | | | |
| Germany | 301,09 | MT | 8030 | USD | $ | 2.417.752,70 |
| Ghana | 113,208 | MT | 8030 | USD | $ | 909.060,24 |
| **Liquor** | | | | | | |
| Germany | 125,82 | MT | 4544 | USD | $ | 571.726,08 |
| Netherland | 115,59 | MT | 4544 | USD | $ | 525.240,96 |
| | | | | | | |
| | | | | | **Total** | $ 22.572.711,70 |

Mit freundlichen Grüßen / Sincerely,

Christian Seelmäcker

CONFIDENTIAL

TCG002041894
SDNY-DB_001616460

*Traffic & Logistics*

**Please Note: My eMail address has changed to**
**Christian.Seelmaecker@TransmarGroup.com**

EUROMAR COMMODITIES GMBH | MEMBER OF THE
**TRANSMAR** GROUP

Euromar Commodities GmbH | Euromar Strasse 1 | 16833 Fehrbellin | Germany
Fix Germany + 49 33932 60 19 19 | Fax Germany +49 33932 60 19 15 | www.TransmarGroup.com

Think before you print

Geschäftsführer: Peter B. Johnson
Sitz der Gesellschaft: Fehrbellin ● Amtsgericht: Neuruppin ●
HRB 6621 OPR ● Ust.-Nr.: DE224199038 ● Steuernr.: 052/108/01741

---

**Von:** Thomas F. Reich
**Gesendet:** Donnerstag, 19. November 2015 01:15
**An:** Petra Apelt
**Cc:** Peter B. Johnson; Christian Seelmäcker; Fabian Pawlowicz; Maik Jellen
**Betreff:** RE: Euromar sales of products to intermediaries to reduce balances before end-December

Hi Petra,

Please think about selling goods valued at approx. Euro 10 million to Touton, and USD 8 - 10 million for HCCO.

Sylvie at Touton estimates the balance as being Euro 26mm (first attachment) and Sabine at HCCO estimates it at approx. USD 20 mm (although we think it is higher).

Thanks, Tom

---

**From:** Petra Apelt
**Sent:** Wednesday, November 18, 2015 11:31 AM
**To:** Thomas F. Reich <thomas.reich@transmargroup.com>
**Cc:** Peter B. Johnson <peter.b.johnson@transmargroup.com>; Christian Seelmäcker <christian.seelmaecker@transmargroup.com>; Fabian Pawlowicz <Fabian.Pawlowicz@transmargroup.com>; Maik Jellen <Maik.Jellen@transmargroup.com>
**Subject:** AW: Euromar sales of products to intermediaries to reduce balances before end-December
**Importance:** High

Tom

Please can you send me your idea for a tonnage or amount?
Or should we send list of inventory we attend in our last BB-Report? But please note this is a momentum only.

Also I need to remember that the last circle was not fully done as promised on Oct 30th. We will proceed like last time – even when all inventory is back by whoever we will enter fully transactions in the

CONFIDENTIAL

TCG002041895
SDNY-DB_001616461

system. Please secure that all is done in time.
Thanks

Mit freundlichen Grüßen / Sincerely,

Petra Apelt
*Leiter Finanzen / Finance Manager*

**Please Note: My eMail address has changed to
Petra.Apelt@TransmarGroup.com**

EUROMAR COMMODITIES GMBH | MEMBER OF THE
**TRANSMAR** GROUP

Euromar Commodities GmbH | Euromar Strasse 1 | 16833 Fehrbellin | Germany
Fix Germany + 49 33932 60 19 04 | Fax Germany +49 33932 60 19 17 |
www.TransmarGroup.com

Think before you print

Geschäftsführer: Peter B. Johnson
Sitz der Gesellschaft: Fehrbellin • Amtsgericht: Neuruppin •
HRB 6621 OPR • Ust.-Nr.: DE224199038 • Steuernr.: 052/108/01741

---

> **Von:** Peter B. Johnson
> **Gesendet:** Mittwoch, 18. November 2015 02:44
> **An:** Thomas F. Reich
> **Cc:** Petra Apelt
> **Betreff:** Re: Euromar sales of products to intermediaries to reduce balances before end-December
>
> Very good idea.
>
> Peter B. Johnson
> Transmar Group
>
>
> On Nov 17, 2015, at 18:45, Thomas F. Reich <thomas.reich@transmargroup.com> wrote:
>
>> Hi Petra,
>>
>> Please consider selling new large quantities of products to intermediaries (in particular Touton & HCCO), before end-November such that they are sold back to you by Transmar and will be included in your Nov 30 borrowing base. Then Tmar will offset with Touton / HCCO and you can reduce your payables to them. There will not be enough time if we wait until December so it is better to start now. Let me know what you think, thanks.

CONFIDENTIAL

TCG002041896
SDNY-DB_001616462